**No. 10-9000. Ronald Lewis, Petitioner v. Michelle R. Ricci, Administrator, New Jersey State Prison, et al.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 907, 2011 U.S. LEXIS 4966.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 943, 131 S. Ct. 2108, 179 L. Ed. 2d 904, 2011 U.S. LEXIS 3139.

**No. 10-9032. Dennis Guyton, Petitioner v. Scott Hunt.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 907, 2011 U.S. LEXIS 4871.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 944, 131 S. Ct. 2110, 179 L. Ed. 2d 906, 2011 U.S. LEXIS 3146.

**No. 10-9061. Jay H. Lee, Petitioner v. Federal Emergency Management Agency, et al.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 907, 2011 U.S. LEXIS 4925.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 923, 131 S. Ct. 1826, 179 L. Ed. 2d 783, 2011 U.S. LEXIS 2755.

**No. 10-9252. Injah Tafari, Petitioner v. Daniel Weinstock, et al.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 907, 2011 U.S. LEXIS 4938.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 977, 131 S. Ct. 2878, 179 L. Ed. 2d 1193, 2011 U.S. LEXIS 3465.

**No. 10-9277. Nancy Hammer, Petitioner v. Forest Highlands Community Association.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 907, 2011 U.S. LEXIS 4843.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 978, 131 S. Ct. 2879, 179 L. Ed. 2d 1194, 2011 U.S. LEXIS 3436.

**No. 10-9486. Donnell Ponton, Petitioner v. American Federation of State, County and Municipal Employees, AFL-CIO, et al.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 907, 2011 U.S. LEXIS 4971.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 995, 131 S. Ct. 2457, 179 L. Ed. 2d 1222, 2011 U.S. LEXIS 3749.

**No. 10-9896. Marilyn McCoy Norwood, Petitioner v. Board of Trustees of University of Arkansas at Little Rock.**

564 U.S. 1050, 131 S. Ct. 3085, 180 L. Ed. 2d 907, 2011 U.S. LEXIS 4866.

June 27, 2011. Petition for rehearing denied.

Former decision, 563 U.S. 1012, 131 S. Ct. 2925, 179 L. Ed. 2d 1254, 2011 U.S. LEXIS 3875.